UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALPHA PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.

ELIZABETH TARTER, RABIE FADL and
SAID BOUASSRIA,

    Defendants.

CASE NO. 3:14-cv-278-J-32MCR

**NOTICE OF FILING**

PLEASE TAKE NOTICE that a copy of the affidavit of BRETT FERTIG STORCH, which took place on September 4, 2014, has been filed of record with the Clerk of this Court.

I hereby certify that on September 4, 2014, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/ Brett Fertig Storch
                                          Brett Fertig Storch

CASE NO. 3:14-cv-278-J-32MCR

- 2 -

# SERVICE LIST

CASE NO. CASE NO. 3:14-cv-278-J-32MCR

| | |
|---|---|
| Elizabeth Grace Tarter<br>7527 Canary Road<br>Jacksonville, Florida 32219<br>*via U.S. mail and U.S. certified mail return receipt requested # 7013 1710 0002 0888 0602* | Elizabeth Grace Tarter<br>5051 Normandy Boulevard<br>Jacksonville, FL 32205<br>*via U.S. mail and U.S. certified mail return receipt requested # 7013 1710 002 0888 0619* |

4836-2947-0494, v. 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALPHA PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.

ELIZABETH TARTER, RABIE FADL and
SAID BOUASSRIA,

    Defendants.

CASE NO. 3:14-cv-278-J-32MCR

### NON-MILITARY AFFIDAVIT REGARDING ELIZABETH TARTER

STATE OF FLORIDA         )
                                        )
COUNTY OF BROWARD    )

    BEFORE ME, the undersigned authority, personally appeared <u>Brett Fertig Storch, Esq.</u> who, after being by me first duly sworn, deposes and says:

    1.    That your Affiant is an attorney at Fowler White Burnett, P.A., which represents the Plaintiff in the above-styled cause.

    2.    That your Affiant knows of her own personal knowledge obtained from the Department of Defense Manpower Data Center website, the results of which are attached hereto as *Exhibit "A,"* that:

        A.    The Defendant, **Elizabeth Tarter,** is not in the military service of the United States of America, or any of its allies, within the intent and meaning of the Soldiers' and Sailors' Relief Act of 1940, as amended; and

        B.    **Elizabeth Tarter** is over the age of twenty-one (21) years.

CASE NO. 3:14-cv-278-J-32MCR

3. That this Affidavit is made in compliance with the Soldiers' and Sailors' Civil Relief Act, as amended.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Brett Fertig Storch, Esq., Affiant

SWORN TO AND SUBSCRIBED before me this 4th day of September, 2014 by Brett Fertig Storch, ✓ who is personally known to me or ☐ who has produced _____ as identification.


ADA TALAVERA-PACHECO
Notary Public - State of Florida
My Comm. Expires Nov 22, 2018
Commission # FF 145451

_____
Notary Public, STATE OF FLORIDA
*Print name:* _____

My Commission Expires:

4852-6642-8702, v. 1

- 2 -

Department of Defense Manpower Data CenterResults as of : Sep-04-2014 07:14:45 AM

SCRA 3.0



## Status Report
### Pursuant to Servicemembers Civil Relief Act

Last Name: <u>TARTER</u>
First Name: <u>ELIZABETH</u>
Middle Name: <u>GRACE</u>
Active Duty Status As Of: <u>Sep-04-2014</u>

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

Exhibit "A"

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL: http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: ND38B2A0P0E4YF0