UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALPHA PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                                     Case No. 3:14-cv-278-J-32MCR

SAID BOUASSRIA and ELIZABETH
TARTER,

    Defendants.

_____

**O R D E R**

This case is before the Court on Plaintiff Alpha Property & Casualty Insurance Company's Motion for Final Default Judgment Against Defendants Elizabeth Tarter and Said Bouassria (Doc. 40). On April 22, 2015, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the motion be granted and that judgment be entered for plaintiff. (Doc. 41.) Upon review of the file, it appears that copies of the Report and Recommendation have not been mailed to either defendant.[1] The Court will therefore direct the Clerk to mail a copy

---

[1] Bouassria may also have not been served with a copy of the motion for default judgment, plaintiff's earlier motion for clerk's default, or the clerk's subsequent default since they were all mailed to the address where he was served with the initial complaint, but not the address where he was later served with the amended complaint. (Doc. 40 at 10; compare Doc. 6, with Doc. 35.) This does not invalidate the default, however, since service of such materials "on a party who is in default for failing to appear" is not required, even if a formal clerk's default has not been entered. Fed. R. Civ. P. 5(a)(2); Cuttting v. Town of Allenstown, 936 F.2d 18, 21 n.1 (1st Cir. 1991); Varnes v. Local 91, Glass Bottle Blower Ass'n of the U.S. and Canada, 674 F.2d 1365, 1368 n.3 (11th Cir. 1982).

of the Report and Recommendation to the defendants, and will extend the deadline for them to file any objection to it. Accordingly, it is hereby

**ORDERED**:

1. The Clerk is **DIRECTED** to mail a copy of the Report and Recommendation (Doc. 41) to the defendants at the addresses listed below.

2. Defendants may file and serve any specific, written objections to the Report and Recommendation on or before **June 8, 2015**.

3. **Defendants are advised that failure to file a timely objection waives any right to a <u>de</u> <u>novo</u> review of motion for default judgment and the Report and Recommendation, and may result in the Court adopting the Report and Recommendation, granting the motion, and entering judgment without further notice.**

**DONE AND ORDERED** at Jacksonville, Florida the 14th day of May, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record

Said Bouassria
3830 University Blvd., S.
Jacksonville, FL 32216

Said Bouassria
7507 Beach Blvd. #1603
Jacksonville, FL 32216

Elizabeth Grace Tarter
7527 Canary Road
Jacksonville, FL 32219

Elizabeth Grace Tarter
5051 Normandy Blvd.
Jacksonville, FL 32205