**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ALPHA PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                                        Case No. 3:14-cv-278-J-32MCR

SAID BOUASSRIA and ELIZABETH
TARTER,

    Defendants.

## **O R D E R**

This case is before the Court on Plaintiff Alpha Property & Casualty Insurance Company's Motion for Final Default Judgment Against Defendants Elizabeth Tarter and Said Bouassria (Doc. 40). On April 22, 2015, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 41) recommending that the motion be granted and that a default judgment be entered declaring that the auto insurance policy at issue is void ab initio, that plaintiff is entitled to rescind the policy, and that plaintiff has no duties under the policy.[1]

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed.[2] See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D.

---

[1] On June 26, 2014, the claims against original defendant Rabie Fadl were dismissed pursuant to stipulation. (Doc. 15.)

[2] The Court extended until June 8, 2015 the deadline for objections to the Report and Recommendation after it appeared copies of it may not have been mailed to either defendant. (Doc 42.)

Fla. R. 6.02(a). Upon <u>de novo</u> review of the file, and for the reasons stated in the Report and Recommendation (Doc. 41), it is hereby

**ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 41) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Final Default Judgment Against Defendants Elizabeth Tarter and Said Bouassria (Doc. 40) is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Alpha Property & Casualty Insurance Company and against Defendants Elizabeth Tarter and Said Bouassria, stating that each party shall bear its own fees and costs in this case, and declaring that:

    a. Alpha Property & Casualty Insurance Company Policy No. CCAPZA1577483-00 is void <u>ab initio</u> and is therefore rescinded; and

    b. Alpha Property & Casualty Insurance Company owes no duty to defend or indemnify Said Bouassria with respect to any claims arising from the October 22, 2013 accident or to provide any UM coverage or PIP coverage with respect to the accident.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida the 17th day of June, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

bjb
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record